IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALBERTO VILLESCAS,** | Case No. 2:15-cv-1861 TLN KJN P |
| Plaintiff, | **ORDER SEALING DOCUMENTS AND GRANTING IN CAMERA REVIEW** |
| v. | |
| **RAFAEL MIRANDA, et al.,** | |
| Defendants. | |

Good cause appearing, the Clerk shall file the Response to Plaintiff's Objections to the Findings and Recommendations and the Supplemental Declaration of D. Greenleaf, M.D., under seal. The request demonstrated compelling reasons sufficiently specific to bar public access to the documents.

The Court will review the documents in camera in relation to Plaintiff's Motion for a Preliminary Injunction (ECF No. 11), and they will be destroyed or returned to the Attorney General's Office at the close of this case.

IT IS SO ORDERED.

Dated:  January 12, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Vill1861.seal

1

[Proposed] Order (2:15-cv-1861 TLN KJN P)