UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO VILLESCAS, | No. 2:15-cv-1861 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| RAFAEL MIRANDA, et al., | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. On November 15, 2016, the undersigned recommended defendants' motion to dismiss be granted in part and denied in part and plaintiff be granted leave to file an amended complaint. (ECF No. 55.) The parties were advised that objections to the November 15 findings and recommendations were due within fourteen days. (ECF No. 55 at 18.)

Plaintiff informed the court that he has not received a copy of the findings and recommendations. On January 31, 2017, the Clerk of the Court re-served those findings and recommendations on plaintiff. Plaintiff moves for an extension of time to file any objections.

////
////
////
////

1

Good cause appearing, plaintiff's request for an extension of time (ECF No. 60) is granted. Plaintiff shall file any objections to the November 15, 2016 findings and recommendations by February 20, 2017.

Dated: February 6, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/vill1861.obj eot2