1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ALBERTO VILLESCAS,                        No.  2:15-cv-1861 TLN DB P

12                  Plaintiff,

13         v.                                    ORDER

14    RAFAEL MIRANDA, et al.,

15                  Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.

18         Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within seven

19    days, whether they have any objection to the dismissal of this action.  Should defendants fail to

20    respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

21    Dated:  March 14, 2017

22

23

24    DLB:9                                     DEBORAH BARNES
      DLB1/prisoner-civil rights/vill1861.59a   UNITED STATES MAGISTRATE JUDGE

25

26

27

28