1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ALBERTO VILLESCAS,                          No.  2:15-cv-01861-TLN-DB

12              Plaintiff,

13        v.                                      ORDER

14    RAFAEL MIRANDA, et al.,

15              Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.

18    All Defendants have filed notice that they do not oppose Plaintiff's request.  Pursuant to Fed. R.

19    Civ. P. 41(a), Plaintiff's request shall be honored.

20         Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

21

22    Dated: March 23, 2017

23

24

25                                            _____
                                              Troy L. Nunley
26                                            United States District Judge

27

28

                                               1